# PLAINTIFF'S RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO STAY DISCOVERY

# EXHIBIT A



STATE & FEDERAL
COURT PRACTICE

J.H. ZIDELL P.C.
CONCOURSE OFFICE PARK
6310 LBJ FREEWAY #112
DALLAS, TEXAS 75240
TEL. 972-233-2264
TEL. 1-877-70-**ABOGADO**
(1-877-702-2642)
FAX 972-386-7610

VIA FACSMILE  214/939-2090 &
CERTIFIED MAIL  70112970000203495992

January 4, 2017

Timothy A Daniels
**Figari Davenport, LLP**
901 Main Street, Suite 3400
Dallas, TX 75202-3776

Re:  *Dimas Rodriguez v. Shan Namkeen, Inc., Shailesh Patel, Manisha Patel,
and Shirish Patel* -- *Cause 3:15-cv-3370-BK*

Counsel:

Enclosed please find Plaintiff's Second Request for Production to Defendant Shailesh Patel.

Respectfully,
JH ZIDELL, P.C.

*Rosa Nichols*

Rosa Nichols
Legal Assistant

/rn
Enclosures

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIMAS RODRIGUEZ, and all others similarly situated under 29 U.S.C. 216 (b), Plaintiff, § § § § § § | |
| v. § § | Cause No. 3:15-cv-3370-BK |
| SHAN NAMKEEN, INC., SHAILESH PATEL, MANISHA PATEL, and SHIRISH PATEL Defendants. § § § § § § | |

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION TO DEFENDANT SHAILESH PATEL

Comes now Plaintiff[s], by and through undersigned counsel, and serves his/her first request for production to each Defendant and requests that Defendants produce the following within the time prescribed by the Federal Rules of Civil Procedure as follows. The term "Defendant" herein shall include Defendants Shan Namkeen, Inc. and Shailesh Patel both individually and collectively, and the term "Plaintiff" or "Plaintiffs" herein shall include all Plaintiffs including Dimas Rodriguez. The "Corporate Defendant" includes Shan Namkeen, Inc. The "Individual Defendant" includes Shailesh Patel.

1. A copy of S2 Brothers, LLC's federal tax returns for the years 2010, 2011, 2012, 2013, 2014, and 2015.

2. A copy of all documents used by Shailesh Patel or anyone else to prepare S2 Brothers, LLC's federal tax returns for the years 2010, 2011, 2012, 2013, 2014, and 2015.

3. All of S2 Brothers, LLC's bank statements from any and all banks S2 Brothers, LLC has/had accounts with for the years 2010, 2011, 2012, 2013, 2014, and 2015.

4. A copy of all documents of whatever kind that reflect the amount of money paid to (or owed to) S2 Brothers, LLC by its clients for the years 2010, 2011, 2012, 2013, 2014, and 2015. This request includes any documents with respect to money that was received by S2 Brothers, LLC and later paid to the state, local or federal government or any subdivision thereof.

5. Any and all corporate books and records of the S2 Brothers, LLC and any and all Articles of Incorporation, Certificate of Incorporation, annual report forms and/or assumed name filings made by or on behalf of S2 Brothers, LLC.

6. Any and all wage claims and/or wage-hour complaints filed by any of S2 Brothers, LLC's former or current employees for alleged violations of the federal and/or state wage-hour statutes.

7. Any and all time cards, time and attendance sheets and other documents which indicate or reflect the identities of current or former employees of S2 Brothers, LLC.

8. Any and all documents received from the Texas Department of Labor, Fair Labor Standards Division, regarding that agency's investigation and/or audit of the S2 Brothers, LLC's wage-hour practices during the relevant time period.

9. Any and all documents received from the United States Department of Labor, Wage-Hour Division, regarding that agency's investigation and/or audit of the S2 Brothers, LLC's wage-hour practices during the relevant time period.

10. All videotapes, security logs, and any other documents associated with any security systems at S2 Brothers, LLC's facilities for the years 2010, 2011, 2012, 2013, 2014, and 2015.

Respectfully submitted,

By: /s/ Robert L. Manteuffel
Robert L. Manteuffel
Email: rlmanteuffel@sbcglobal.net
Texas Bar No. 12957529
J.H. Zidell
Texas Bar No. 24071840
**J.H. ZIDELL, P.C.**
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:   972-233-2264
Fax:   972-386-7610

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument was served via facsimile and certified mail or first class mail, on this the 4th day of January, 2017 upon the below listed counsel of record:

Ryan K. McComber
Timothy A. Daniels
**FIGARI & DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
Facsimile: (214) 939-2090

/s/ Robert L. Manteuffel
Robert L. Manteuffel