# TEXAS SECRETARY of STATE
## ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800567008 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | November 4, 2005 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 12037441057 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | SHAN NAMKEEN, INC. | | |
| **Address:** | 630 BELHAVEN DR<br>ALLEN, TX 75013 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| SHAILESH D PATEL | 5440 MOHAWK CT<br>The Colony, TX 75056 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Exhibit 1