# TEXAS SECRETARY of STATE
## ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 800351209 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 7, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32015193751 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** S2 Brothers, LLC
**Address:** 5440 MOHAWK CT
THE COLONY, TX 75056-3814 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| Shailesh D. Patel | | 12879 Josey Ln., Ste. #170 Farmers Branch, TX 75234 USA | | | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Exhibit 2