# ELECTRICAL SERVICE NOTES

1. BLANKED OFF METER SOCKET BY ELECTRICAL POWER COMPANY (IF APPLICABLE).

2. MAIN FUSIBLE DISCONNECT SWITCH FURNISHED AND INSTALLED IN LANDLORD'S ELECT. DISTRIBUTION AREA BY LANDLORD. TYPE FUSE TO BE USED SHALL BE DUAL ELEMENT CURRENT LIMITING FUSES, AND SHALL BE BUSSMAN FUSETRON TYPE FRS 1, AND ELECT. CONTR. SHALL VERIFY EXISTING CONDITIONS PRIOR TO BID. (SEE RISER DIAGRAM FOR RESPONSIBILITY)

3. IF L.L. DOES NOT PROVIDE CONDUCTORS, CONDUIT, & DISCONNECT AT L.L. ELEC. ROOM, CONNECT SERVICE CONDUCTORS AT LOAD SIDE OF METER AND EXTEND THRU LANDLORD'S WIRE-WAY AND EMPTY CONDUIT TO TENANT'S SPACE. REFER TO LANDLORD'S ELECTRICAL DRAWINGS FOR APPROXIMATE LOCATION.

4. CONNECT TO LANDLORD'S SERVICE CONDUIT AND EXTEND ALL CONDUIT AND WIRING TO TENANT'S SPACE AS REQUIRED.

5. ALL OVERCURRENT PROTECTION DEVICES SHALL BE RATED FOR MAXIMUM AVAILABLE FAULT CURRENT. (VERIFY FAULT CURRENT WITH LANDLORD'S ELECTRICAL CONTRACTOR).

6. FURNISH AND INSTALL EMERGENCY LIGHTING CIRCUITS PER LOCAL CODE.

7. SMOKE DETECTOR(S) IN RETURN AIR DUCT OF EACH HVAC UNIT AS REQUIRED BY LOCAL CODES. (VERIFY IF EXISTING PRIOR TO BID) WIRING FOR SMOKE DETECTORS PROVIDED BY ELEC. CONTRACTOR (MECHANICAL CONTRACTOR SHALL PROVIDE AND INSTALL SMOKE DETECTORS.)

*Handwritten annotations:* 80" from Floor To Bottom of wall; 20" L; 54" H; 53'6"; 6" Suite #; 6" Suite Number; COORDINATE PLUMBING AND DRYER VENTING W/ PAGE MARTIN - CHIEF PLUMBING INSPECTOR

**COMPLIANCE WITH ENERGY CONSERVATION CODE REQUIRED**

**FIRE DEPARTMENT REVIEWED**

**REVIEWED FOR CODE COMPLIANCE** DATE: 9/14/04

## LEGEND

| Qty | Symbol | Description |
|---|---|---|
| 4 | ○ | 60 W. BULBS |
| 30 | ⊠ | 2 X 4 T-12 FLUORESCENT |
| 4 | ⊠ 24 HR | 24 HR SEC. LT |
| 2 | ⊙ | EXHAUST FAN |
| 4 | ● | EXIT LIGHT |
| | ─○─ | 4' STRIP LT W/ (1) 36 W LAMP |
| | ─○─ | 8' STRIP LT W/ (1) 72 W LAMP |
| 2 | | 2 X 2 T-12 FLOURESCENT |
| 5 | | EMERGENCY LT W/ BATTERY BACK UP |

## REFLECTED CEILING PLAN
Scale 3/16 in = 1 ft

**Phenomenon Construction**
1400 FAIR OAKS BLVD.
EULESS, TX. 76039
PH: 817 685 5850
FAX: 817 368 1070
EMAIL: jasonowolo@hotmail.com

ARCHITECTS · INTERIOR DESIGNERS · DEVELOPERS · GENERAL CONTRACTORS

SUNSHINE COIN LAUNDRY
JOSEY & VALLEY VIEW
FARMERS BRANCH, TX.

ISSUE DATE: 08-09-04
SHEET E-2

Exhibit 3