IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIMAS RODRIGUEZ, and all others similarly situated under 29 U.S.C. 216 (b), | § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 3:15-cv-03370-BK |
| SHAN NAMKEEN, INC., SHAILESH PATEL, MANISHA PATEL, and SHIRISH PATEL, | § § § § | |
| Defendants. | | |

### APPENDIX TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants file this Appendix to their Motion for Summary Judgment containing the following:

| Tab | Description | Pages |
|---|---|---|
| 1. | Declaration of Shailesh Patel with the following exhibits | APP 1-5 |
| | A. 2013-2015 Tax Returns | APP 6-41 |
| | B. 2013-2015 Customer List | APP 42-70 |
| | C. Employee Time Details | APP 71-178 |
| | D. Ledger | APP 179-180 |
| | E. Signed Release | APP 181-182 |
| | F. Original Trademark Applications | APP 183-210 |
| | G. Amended Trademark Applications | APP 211-222 |
| 2. | Declaration of Manisha Patel | APP 223-224 |
| 3. | Declaration of Shirish Patel | APP 225-227 |
| 4. | Declaration of Angel Milan Gomez | APP 228-230 |
| 5. | Declaration of Emilia Rodriguez | APP 231-233 |

| 6. | Deposition of Dimas Rodriguez with the following exhibits | APP 234-274 |
|---|---|---|
| | 1. 2013 Employee Time Detail | APP 275-292 |
| | 2. 2013 W-2 | APP 293 |
| | 3. 2013 Payroll Register | APP 294-296 |
| | 4. 2014 Employee Time Detail | APP 297-346 |
| | 5. 2014 Paychecks | APP 347-367 |
| | 6. 2014 W-2 | APP 368 |
| | 7. 2014 Payroll Register | APP 369-375 |
| | 8. Payroll Confirmation & Release | APP 376-377 |
| | 9. 2015 Employee Time Detail | APP 378-417 |
| | 10. 2015 Paychecks | APP 418-441 |
| | 11. 2015 W-2 | APP 442 |
| | 12. 2015 Payroll Register | APP 443-449 |
| | 13. Complaint | APP 450-455 |
| | 14. Dimas letter to Manteuffel dated 2/5/16 | APP 456-457 |
| | 15. 2015 W-2 S2 Brothers Inc. | APP 458 |
| | 16. 2015 W-2 Johnston Temporary Services | APP 459 |
| | 17. 2015 Tax Return | APP 460-487 |
| | 18. 2014 Tax Return | APP 488-508 |
| | 19. 2013 Tax Return | APP 509-521 |
| | 21. Plaintiff's Initial Disclosures | APP 522-526 |

Respectfully submitted,

By:   */s/ Ryan K. McComber*
     Timothy A. Daniels
     Texas Bar No. 05375190
     tim.daniels@figdav.com
     Ryan K. McComber
     Texas Bar No. 24041428
     ryan.mccomber@figdav.com
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all others will be notified via electronic mail and/or certified mail, return receipt requested on the 15th day of November, 2017.

        */s/ Ryan K. McComber*
          Ryan K. McComber